**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-6307**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

HUGO NELSON MELGAR-GARCIA, a/k/a Hugo Melgar,
a/k/a Antonio Pereira, a/k/a Wagner Paz,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T. S. Ellis III, Senior
District Judge.  (1:00-cr-00342-TSE)

Submitted: April 26, 2007                Decided: May 3, 2007

Before WILLIAMS, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Hugo Nelson Melgar-Garcia, Appellant Pro Se.  Brian Huseman, OFFICE
OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hugo Nelson Melgar-Garcia seeks to appeal the district court's order denying his motion to modify or reduce his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.  See United States v. Melgar-Garcia, No. 1:00-cr-00342-TSE (E.D. Va. filed Feb. 20, 2007; entered Feb. 22, 2007).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED